**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

IN RE: SHALE OIL ANTITRUST LITIGATION          Case No. 1:24-md-03119-MLG-LF

This Document Relates to All Cases

**NOTICE OF ASSOCIATION AND**
**CERTIFICATE OF GOOD STANDING OF NON-MEMBER ATTORNEY**

Earl E. DeBrine, Jr., a member of the bar of this Court and counsel for Occidental Petroleum Corporation, in the above-captioned matter, acting pursuant to Rule 83.3 of the Local Rules of this Court, hereby gives notice that Brandon Hanley of the firm of Kirkland & Ellis LLP, is associating with us in the representation of Defendant Occidental Petroleum Corporation in this matter. I certify that Brandon Hanley is a member in good standing for the Courts listed in Attachment "A."

Mr. Hanley's address and contact information is as follows:

> Brandon Hanley
> Kirkland & Ellis LLP
> 601 Lexington Avenue
> New York, NY 10022
> Telephone: 212-341-7831
> brandon.hanley@kirkland.com

Payment of the $100.00 association dues for Mr. Hanley was submitted via CM/ECF on February 21, 2025.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Earl E. DeBrine, Jr.*
   Earl E. DeBrine, Jr.
   Post Office Box 2168
   500 Fourth Street NW, Suite 1000
   Albuquerque, New Mexico 87103-2168
   Telephone: 505-848-1800
   earl.debrine@modrall.com

   Devora W. Allon
   *Admitted pro hac vice*
   KIRKLAND & ELLIS LLP
   601 Lexington Avenue
   New York, NY 10022
   Telephone: 212-446-5967
   devora.allon@kirkland.com

   Jeffrey J. Zeiger
   *Admitted pro hac vice*
   KIRKLAND & ELLIS LLP
   333 West Wolf Point Plaza
   Chicago, IL 60654
   Telephone: 312-862-3237
   jzeiger@kirkland.com

   Brandon Hanley (*pending pro hac vice*)
   KIRKLAND & ELLIS LLP
   601 Lexington Avenue
   New York, NY 10022
   Telephone: 212-341-7831
   brandon.hanley@kirkland.com

   Kevin Neylan (*pending pro hac vice*)
   KIRKLAND & ELLIS LLP
   601 Lexington Avenue
   New York, NY 10022
   Telephone: 212-390-4614
   kevin.neylan@kirkland.com

   ***Attorneys for Defendant***
   ***OCCIDENTAL PETROLEUM CORPORATION***

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY on this 21st day of February, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By: */s/ Earl E. DeBrine, Jr.*
    Earl E. DeBrine, Jr.

W5292002.DOCX