# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## MINUTE SHEET
### BEFORE THE HONORABLE MATTHEW L. GARCIA

## Motion Hearing

| | | | |
|---|---|---|---|
| CV No: | 24-md-3119 MLG-LF | Date: | May 20, 2025 |
| Caption: | In Re: Shale Oil Antitrust Litigation | | |
| Clerk: E. Romero | Court Reporter: C. Cummings | | Courtroom: Cimarron |
| Time In: 9:30 | Time Out: 3:57 | | Total Time: 4 hours 49 minutes |
| Court's Ruling/Disposition: | Court takes the motions under advisement. Docs. 123, 124, 125, 126, 127, 128, 129, 130, 131, 132 and 133 | | |

| Attorney(s) Present for Plaintiff(s) addressing the Court: | Attorney(s) Present for Defendant(s) addressing the Court: |
|---|---|
| Patrick Coughlin, Cody Rosefield, Michael Kane, and Thomas Loeser | Boris Bershteyn, William Michael, Jeffrey Kessler, Michael Scarborough, Chris Ondeck; Jeff Zeiger; Maggy Sullivan; John Taladay and Kevin Schwartz. |

Other parties present: Christopher Dodd; Carmen Medici; Karin Garvey; Daniel Brockwell; Ellen Wen; Berger Montague; Ben Allison; Thomas Walsh; Eric Burris; Earl DeBrine; Brook Laskey; Stephen Chuk, Jared DuBosar; Ben Feuchter; Kurt Sommer; Jeremy Calsyn; Matt Jackson; Anthony Fata and Sarah Flohr.

## PROCEEDINGS

9:30 Court in session; Parties state appearances.

Mr. Bershteyn addresses Court on Joint Motion to Dismiss. Doc. 129.

10:12 Mr. Coughlin responds.

10:55 Court in recess.

11:06 Court in session.

Mr. Bershteyn rebuttal.

11:43 Mr. Coughlin responds.

11:48 Mr. Bershteyn responds.

11:50 Court in recess until 1:05.

1:04 Court in session.

Mr. Scarborough addresses Court on Permian's (PR) Motion to Dismiss and Request for Judicial Notice. Docs. 127, 128. Mr. Scarborough joins in all arguments made in relation to the joint motion to dismiss. Doc. 129.

1:18 Mr. Kane responds and answers Court's questions.

1:28 Mr. Ondeck addresses Court on Continental's Motion to Dismiss. Doc. 123. Mr. Ondeck joins in all arguments made in relation to the joint motion to dismiss. Doc. 129. Mr. Ondeck answers Court's questions.

1:38 Mr. Kane responds.

1:41 Mr. Kessler addresses Court on Diamondback's Motion to Dismiss. Doc. 124.

1:56 Mr. Kane responds.

2:01 Mr. Coughlin answers Court's questions.

2:06 Court in recess until 2:20.

2:19 Court in session.

Mr. Taladay addresses Court on EOG Resources Inc.'s Motion to Dismiss. Doc. 125.

2:27 Mr. Kane responds.

2:32 Mr. Zeiger addresses Court on Occidental's Motion to Dismiss. Doc. 126. Mr. Zeiger joins in all arguments made in relation to the joint motion to dismiss. Doc. 129.

2:48 Mr. Kane responds and answers Court's questions.

Mr. Rosenfield answers Court's questions.

2:55 Ms. Sullivan addresses Court on Expand Energy's Motion to Dismiss. Doc. 131, 133.

3:04 Mr. Kane responds and answers Court's questions.

3:11 Mr. Schwartz addresses Court on Hess Corp's Motion to Dismiss. Doc. 132.

3:26 Mr. Kane responds.

3:29 Mr. Loeser responds to jurisdiction issue.

3:33 Mr. Michael addresses Court on Pioneer's Motion to Dismiss. Doc. 130.

3:46 Mr. Loeser responds.

3:56 Court will take the motions under advisement.

Parties have nothing to add.

3:57 Court is adjourned.