**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| *In re: Shale Oil Antitrust Litigation*<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 1:24-md-03119-MLG-LF<br>Judge Matthew L. Garcia |

**NOTICE OF RELATED CASES**

All Plaintiffs write to update the Court that two cases related to this MDL litigation were recently filed.

On November 1, 2024, the City of San Diego filed a non-class case alleging similar conduct to that which is alleged in the other complaints consolidated into this MDL. *See* Exhibit A, Complaint in *The City of San Diego v. Hess Corp. et al.*, 3:24-cv-02061 (S.D. Cal.). Attached as Exhibit B is a letter from San Diego Senior Chief Deputy City Attorney Mark Ankorn which we are submitting at the request of Crotchett Pitre McCarthy/Sharp Law in relation to their co-leadership application for governmental entities (ECF No. 71).

On November 4, 2024, the First Filed Group filed a related class action complaint in this District with additional factual allegations and additional plaintiffs and defendants. *Cavaliere v. Permian Resources Corp. et al.*, 1:24-cv-01128 (D.N.M). This complaint is attached as Exhibit C.

Both cases were marked as related to this MDL and are awaiting transfer to this Court.

Dated: November 5, 2024

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
/s/ *Patrick McGahan*
Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Karin E. Garvey (*pro hac vice*)
230 Park Ave., 24th Floor
New York, NY 11069
Tel: (212) 223-6444
kgarvey@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick J. Coughlin (*pro hac vice*)
Carmen Medici (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
Isabella De Lisi (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com
idelisi@scott-scott.com

**THE WARD LAW FIRM**
Vincent J. Ward
PO Box 7940
Albuquerque, NM 87194
Tel: (505) 944-9454
vincent@wardlawnm.com

*Counsel for Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron*

**BURNS CHAREST LLP**
Warren T. Burns (*pro hac vice* forthcoming)
Daniel H. Charest (*pro hac vice* forthcoming)
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com

**BURNS CHAREST LLP**
Korey Nelson (*pro hac vice* forthcoming)
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-7845
knelson@burnscharest.com

**SHARP LAW LLP**
Rex A. Sharp (*pro hac vice* forthcoming)
Isaac L. Diel (*pro hac vice* forthcoming)
W. Greg Wright (*pro hac vice* forthcoming)
Brandon C. Landt (*pro hac vice* forthcoming)
Hammons P. Hepner (*pro hac vice* forthcoming)
4820 W. 75th Street
Prairie Village, KS 66208
Tel: (913) 901-0505
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
blandt@midwest-law.com
hhepner@midwest-law.com

**STEVEN WILLIAMS LAW, P.C.**
Steven N. Williams (*pro hac vice* forthcoming)
Gerald S. Williams (*pro hac vice* forthcoming)
Kai'Ree K. Howard (*pro hac vice* forthcoming)
201 Spear Street, Suite 1100
San Francisco, California 94105
Tel: 415-697-1509
swilliams@stevenwilliamslaw.com
gwilliams@stevenwilliamslaw.com
khoward@stevenwilliamslaw.com

*Counsel for Plaintiffs Matthew Foos, Andrew Hund, Michael Ackerman, Jarrod Johnson, Mackey and Sons Inc., Castillo Construction and Management LLC, John Castillo, Southwest Elite Real Estate Inc., and David Overstreet*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Brent W. Johnson (*pro hac vice*)
Benjamin Brown (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)
Nina Jaffe-Geffner (*pro hac vice*)
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
rcobbs@cohenmilstein.com
njaffegeffner@cohenmilstein.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michael Eisenkraft (*pro hac vice*)
Christopher Bateman (*pro hac vice*)
Aaron Marks (*pro hac vice*)
88 Pine Street, 14th Floor
New York, New York 10005
Tel: (212) 883-7797
meisenkraft@cohenmilstein.com
cbateman@cohenmilstein.com
amarks@cohenmilstein.com

*Counsel for Plaintiffs Western Cab Company, Andrew Caplen Installations LLC, and Edward Allegretti, d/b/a Alfred Auto Center*

**LOCKRIDGE GRINDAL NAUEN PLLP**
Brian D. Clark (*pro hac vice*)
Rebecca A. Peterson (*pro hac vice*)
Arielle S. Wagner (*pro hac vice*)
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
bdclark@locklaw.com
rapeterson@locklaw.com
aswagner@locklaw.com

**LOCKRIDGE GRINDAL NAUEN PLLP**
Stephen J. Teti (*pro hac vice*)
265 Franklin St., Suite 1702
Boston, MA 02110
Tel: (617) 456-7701
sjteti@locklaw.com

*Counsel for Plaintiff These Paws Were Made For Walkin' LLC*

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Jennifer Sprengel (*pro hac vice*)

**DODD LAW OFFICE, LLC**
Christopher A. Dodd
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932
chris@doddnm.com

*Local Counsel for Plaintiffs Matthew Foos, Andrew Hund, Michael Ackerman, Jarrod Johnson, Mackey and Sons Inc., Castillo Construction and Management LLC, John Castillo, Southwest Elite Real Estate Inc., and David Overstreet*

**FREED KANNER LONDON & MILLEN LLC**
Matthew W. Ruan (*pro hac vice*)
Douglas A. Millen (*pro hac vice*)
Robert J. Wozniak (*pro hac vice* forthcoming)
100 Tri-State International, Suite 128
Lincolnshire, Illinois 60069
Tel: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com

**FREED KANNER LONDON & MILLEN LLC**
Kimberly A. Justice (*pro hac vice* forthcoming)
Jonathan M. Jager (*pro hac vice* forthcoming)
923 Fayette Street
Conshohocken, Pennsylvania 19428
Tel: (610) 234-6486
kjustice@fklmlaw.com
jjagher@fklmlaw.com

*Counsel for Plaintiffs Brian Courtmanche, Laura J. Faber, Patricia Mancieri, David Silver, and Josselyn's Getaway Log Cabins LLC*

**GROSS KLEIN PC**
Stuart G. Gross (*pro hac vice*)
Travis H. Smith (*pro hac vice*)
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Tel: (415) 671-4628
sgross@grosskleinlaw.com
tsmith@grosskleinlaw.com

**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**

Daniel O. Herrera (*pro hac vice*)
Kaitlin Naughton (*pro hac vice*)
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312.782.4880
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

*Counsel for Plaintiff Laurie Olsen Santillo*

**PEARSON WARSHAW, LLP**
Daniel L. Warshaw (*pro hac vice*)
Bobby Pouya (*pro hac vice*)
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Tel: (818) 788-8300
dwarshaw@pwfirm.com
bpouya@pwfirm.com

*Counsel for Plaintiff Richard Beaumont*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
malmstrom@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Thomas H. Burt (*pro hac vice* forthcoming)
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
burt@whafh.com

*Counsel for Plaintiffs Patrick Brown, Abraham Drucker, Christopher Gallant, and Stephen Price*

**LONG, KOMER & ASSOCIATES, P.A.**
Nancy R. Long
Jonas M. Nahoum
P.O. Box 5098
Santa Fe, NM 87502-5098
Tel: (505) 982-8405
nancy@longkomer.com
jonas@longkomer.com
email@longkomer.com

**GUSTAFSON GLUEK PLLC**

Todd M. Schneider (*pro hac vice* forthcoming)
Matthew S. Weiler (*pro hac vice* forthcoming)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

*Counsel for Plaintiff John Mellor*

**SPECTOR ROSEMAN & KODROFF, P.C.**
William G. Caldes (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
Diana J. Zinser (*pro hac vice*)
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
bcaldes@srkattorneys.com
jspector@srkattorneys.com
dzinser@srkattorneys.com

**REINHARDT WENDORF & BLANCHFIELD**
Garrett D. Blanchfield (*pro hac vice*)
Roberta A. Yard (*pro hac vice*)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (651) 287-2100
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

**MCLAFFERTY LAW FIRM, P.C.**
David P. McLafferty (*pro hac vice* forthcoming)
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 940-4000
dmclafferty@mclaffertylaw.com

*Counsel for Plaintiffs Barbara and Phillip MacDowell*

**CUNEO GILBERT & LADUCA, LLP**
Christian E. Hudson (*pro hac vice* forthcoming)
Michael J. Flannery (*pro hac vice* forthcoming)
Charles J. LaDuca (*pro hac vice* forthcoming)
300 Cadman Plaza West
12th Floor, Ste. 12060
Brooklyn, N.Y. 11201

Daniel E. Gustafson (*pro hac vice* forthcoming)
Daniel C. Hedlund (*pro hac vice* forthcoming)
Michelle J. Looby (*pro hac vice* forthcoming)
Mary M. Nikolai (*pro hac vice* forthcoming)
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
mnikolai@gustafsongluek.com

**ZIMMERMAN REED, LLP**
David M. Cialkowski (*pro hac vice* forthcoming)
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
david.cialkowski@zimmreed.com

**TAUS, CEBULASH & LANDAU, LLC**
Brett Cebulash (*pro hac vice* forthcoming)
Kevin Landau (*pro hac vice* forthcoming)
123 Williams St., Suite 1900A
New York, NY 10038
Tel: (212) 931-0704
bcebulash@tcllaw.com
klandau@tcllaw.com

*Counsel for Plaintiffs Michael Blackburn Strupp, Premium Solution, Inc., James Kinkead, John Smith, and Best Expedite, Inc.*

**DURHAM, PITTARD & SPALDING, L.L.P.**
Justin R. Kaufman
Rosalina B. Bienvenu
505 Cerrillos Rd Suite A209
Santa Fe, New Mexico 87501
Tel: (505) 986-0600
jkaufman@dpslawgroup.com
rbienvenu@dpslawgroup.com

**REINHARDT WENDORF & BLANCHFIELD**
Garrett D. Blanchfield (*pro hac vice*)
Brant D. Penney (*pro hac vice*)
Roberta A. Yard (*pro hac vice*)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (651) 287-2100

Tel: (202) 789-3960
christian@cuneolaw.com
mflannery@cuneolaw.com
charlesl@cuneolaw.com

**BARRETT LAW GROUP, P.A.**
Don Barrett (*pro hac vice* forthcoming)
Katherine Barrett Riley (*pro hac vice* forthcoming)
404 Court Square North
P.O. Box 927
Lexington, MS 39095
Tel: (662) 834-2488
dbarrett@barrettlawgroup.com
donbarrettpa@gmail.com
KBRiley@barrettlawgroup.com

*Counsel for Plaintiff Melvin Short*

**MURRAY, PLUMB & MURRAY**
Kelly W. McDonald (*pro hac vice* forthcoming)
Richard O'Meara (*pro hac vice* forthcoming)
75 Pearl Street, P.O. Box 9785
Portland, ME 04104-5085
Tel: (207) 773-5651
kmcdonald@mpmlaw.com
romeara@mpmlaw.com

*Counsel for Plaintiff Robert Carignan*

**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
Gregory P. Hansel (*pro hac vice*)
Michael S. Smith (*pro hac vice*)
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel: (207) 791-3000
ghansel@preti.com
msmith@preti.com

**KOHN SWIFT & GRAF, P.C.**
Joseph C. Kohn (*pro hac vice*)
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 238-1700

g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com
r.yard@rwblawfirm.com

**THE VAN WINKLE LAW FIRM**
David M. Wilkerson (*pro hac vice* forthcoming)
11 North Market Street
Ashville, NC 28801
Tel: (828) 258-2991
dwilkerson@vwlawfirm.com

*Counsel for Plaintiff Garvin Promotion Group, LLC*

**BERGER MONTAGUE PC**
Michael Dell'Angelo (*pro hac vice* forthcoming)
Candice Enders (*pro hac vice* forthcoming)
Najah Jacobs (*pro hac vice* forthcoming)
Hope Brinn (*pro hac vice* forthcoming)
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3080
mdellangelo@bm.net
cenders@bm.net
njacobs@bm.net
hbrinn@bm.net

**BERGER MONTAGUE PC**
Richard D. Schwartz (*pro hac vice* forthcoming)
1720 W. Division
Chicago IL 20622
Tel: (773) 257-0255
rschwartz@bm.net

**FARRA & WANG PLLC**
Adam Farra (*pro hac vice* forthcoming)
Times Wang (*pro hac vice* forthcoming)
1300 I Street N.W., Suite 400E
Washington, D.C. 20005
Tel: (202) 505-5900
afarra@farrawang.com
twang@farrawang.com

**BALTIMORE CITY LAW DEPARTMENT**
Sara Gross
Chief, Affirmative Litigation Division
100 N. Holliday Street, Suite 109
Baltimore, MD 21202
Tel: (410) 396-3947
sara.gross@baltimorecity.gov

jkohn@kohnswift.com

**KENNEDY HERNANDEZ & HARRISON, PC**
Paul J. Kennedy
Jessica M. Hernandez
201 12th St. NW
Albuquerque, NM 87102-1815
Tel: (505) 842-8662
pkennedy@kennedyhernandez.com
jhernandez@kennedyhernandez.com

**LAPAYOWKER JET COUNSEL, P.A.**
Stewart H. Lapayowker (*pro hac vice*)
501 E. Las Olas Blvd., Suite 300
Fort Lauderdale, FL 33301
Tel: (954) 202-9600
Stewart@JetCounsel.Law

*Counsel for Plaintiff TBC Services, LLC*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (*pro hac vice* forthcoming)
Theodore W. Maya (*pro hac vice* forthcoming)
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com

*Counsel for Plaintiff Gustave Link*

**COTCHETT, PITRE, & McCARTHY, LLP**
Karin B. Swope (*pro hac vice*)
Ellen Wen (*pro hac vice*)
999 Northlake Way, Suite 215
Seattle, WA 98103
Tel: (206) 778-2123
kswope@cpmlegal.com
ewen@cpmlegal.com

**COTCHETT, PITRE, & McCARTHY, LLP**
Joseph W. Cotchett (*pro hac vice*)
Adam Zapala (*pro hac vice*)
Vasti S. Montiel (*pro hac vice*)
840 Malcolm Road

**NACHAWATI LAW GROUP**
Brian McMath (NM Bar #148105)
Brian Moore (NM Bar #146721)
Gale Pearson (*pro hac vice* forthcoming)
5489 Blair Road
Dallas, Texas 75231
Tel: (214) 890-0711
bmcmath@ntrial.com
bmoore@ntrial.com
gpearson@ntrial.com

*Counsel for the Mayor and City Council of Baltimore*

Burlingame, CA 94010
Tel: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
vmoniel@cpmlegal.com

**COUNTY OF SAN MATEO**
John D. Nibbelin, County Counsel
David A. Silberman, Assistant County Counsel
Brian J. Wong, Legal Deputy County Counsel
500 County Center, 4th Floor
Redwood City CA 94063-1664
Tel: (650) 363-4749
jnibbelin@smcgov.org
dsiblerman@smcgov.org
bwong@smcgov.org

**CITY OF SAN JOSE**
Nora Frimann, City Attorney
Ardell Johnson, Assistant City Attorney
200 E. Santa Clara St.
San Jose CA, 95113-1905
Tel: (408) 535-1900
nora.frimann@sanjoseca.gov
ardell.johnson@sanjoseca.gov

*Counsel for San Mateo County and City of San Jose*

**LAW OFFICES OF MARY TORRES**
Mary T. Torres – NM Bar # 7279
201 Third Street NW, Suite 1950
Albuquerque, NM 87102
Tel: (505) 944-9030
mtt@marytorreslaw.com

*Local Counsel for San Mateo County and City of San Jose*