IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: SHALE OIL ANTITRUST LITIGATION      Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

**ORDER VACATING MARCH 18, 2025, MONTHLY STATUS CONFERENCE**

On March 11, 2025, the parties filed their first Joint Status Report ("JSR"). Doc. 137. Because the parties do not have any outstanding disputes or other matters that they wish to discuss and given this litigation has just begun, the Court hereby vacates the March 18, 2025, status conference. Though the Court's strong preference is to hold regular, in person status conferences, the upcoming conference is presently unnecessary. Consistent with this Court's Initial Scheduling Order, Doc. 82, the parties are to submit a JSR in anticipation of the April 15, 2025, status conference.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1