IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: SHALE OIL ANTITRUST LITIGATION    Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

## ORDER SETTING DEADLINE

In their May 2025 Joint Status Report, Doc. 194, the parties request that "the Court set a deadline of July 10, 2025 to submit a stipulated ESI Protocol and Protective Order, or partially-stipulated drafts of the same along with letter briefs outlining any remaining disputes." *Id.* at 2. The Court grants this request. Any disputes will be discussed at the July 2025 Status Conference.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA