**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

IN RE: SHALE OIL ANTITRUST LITIGATION          Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

### ORDER VACATING JUNE 16, 2026 STATUS CONFERENCE

The Parties state in their June 2026 Joint Status Report that "[t]here are no outstanding issues on which [they] are at impasse." Doc. 295 at 3. Thus, the Court vacates this month's status conference.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1