**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

IN RE: SHALE OIL ANTITRUST LITIGATION — Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

**ORDER VACATING SEPTEMBER 15, 2026 STATUS CONFERENCE**

The Parties state in their September 2026 Joint Status Report that "[t]here are no outstanding issues on which [they] are at impasse." Doc. 303 at 3. Thus, the Court vacates this month's status conference. Counsel should be prepared, however, to attend an in-person status conference in October.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA