**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

IN RE: SHALE OIL ANTITRUST LITIGATION

Plaintiff,

This Order Relates to All Cases

No. 1:24-md-03119-MLG-LF

**ORDER ON JURISDICTIONAL DISCOVERY**

Having reviewed and considered the Joint Notices related to jurisdictional discovery filed on September 16, 2026 (ECF No. 319), and September 23, 2026 (ECF No. 329) ("Second Joint Notice"), the Court orders the following stipulated deadlines related to jurisdictional discovery and the operative case schedule:

1. Plaintiffs shall serve any additional discovery requests seeking jurisdictional discovery authorized by the Court's Memorandum Opinion and Order, ECF No. 306, on Pioneer Natural Resources Company ("Pioneer"), Hess Corporation, and John B. Hess (Hess Corp., collectively with John B. Hess, "Hess") **by October 7, 2026**;

2. Pioneer's and Hess' responses and objections to any such additional discovery requests shall be served **by November 6, 2026**, or such earlier date as required by the Federal Rules of Civil Procedure;

3. All disputes related to Plaintiffs' additional jurisdictional discovery requests and the Parties' proposal regarding a supplemental briefing schedule on any personal jurisdiction motion(s) shall be presented to the Court at the same time as disputes on discovery requests issued prior to motion to dismiss practice. *See* ECF No. 82 at 2 (setting deadline "for motions re: discovery disputes over initial disclosures, initial RFPs, etc").

4. The Parties shall file a stipulation and proposed order with proposed modifications to the operative case schedule reflecting the agreement described in the Second Joint Notice within two days of the later transfer date referenced in ¶8 of the Second Joint Notice.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA