UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | Case No. 1:24-md-03119-MLG-LF |

**DECLARATION OF MICHAEL H. MENITOVE IN SUPPORT OF DEFENDANTS' JOINT MOTION TO CERTIFY THE COURT'S MOTION TO DISMISS ORDER FOR INTERLOCUTORY APPEAL**

I, Michael H. Menitove, declare and state as follows:

1. I am an attorney admitted to practice in the State of New York.

2. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and counsel for Defendant Pioneer Natural Resources Company in this action.

3. I submit this declaration in support of Defendants' Joint Motion to Certify the Court's Motion to Dismiss Order for Interlocutory Appeal.

4. The information contained in this declaration is based on my personal knowledge and review of the documents referenced herein. If called as a witness, I could and would testify competently to these facts.

5. Attached hereto as Exhibit A is a true and correct copy of excerpts of the transcript of the hearing before this Court on May 20, 2025.

6. Attached hereto as Exhibit B is a true and correct copy of excerpts of Plaintiffs' First Joint Set of Requests to Producer Defendants for the Production of Documents and Electronically Stored Information, dated November 21, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 13th day of October, 2026.

Respectfully submitted,

Michael H. Menitove