# Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

\- - -

THE HONORABLE MATTHEW L. GARCIA, JUDGE PRESIDING

---

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION, | ) No. 1:24-md-03119-MLG |

---

MOTION TO DISMISS

OFFICIAL COURT REPORTER'S CERTIFIED TRANSCRIPT

Albuquerque, New Mexico

May 20, 2025

---

Reported By: Cheryl L. Cummings, RDR, RMR, CRR, CRC
Certified Realtime Reporter
United States District Court
District of New Mexico

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

That's not the case here. And the remedy sought would impact, of course, the decisions that these different sovereigns -- like, Citgo was owned by Venezuela. Saudi owned Petro. Saudi Arabia. Lukoil was Russia.

This is the heading from the Fifth Circuit Court of Appeals opinion. These are defendants that were in there. They were at the crux of that *Spectrum* case. That's a far cry from anything that we have here, and so we don't think that either the state doctrine or the political action doctrine apply.

THE COURT: Well, let me ask you.

So I think a fair reading of your complaint is that you are alleging a conspiracy between the defendants here and OPEC. Do you agree with that?

I mean, I understand that's not -- that's not the violation, the Sherman Act violation that you're bringing, but there are numerous allegations within the complaint that allege a conspiracy between OPEC and the defendants.

MR. COUGHLIN: There's no doubt that they were collaborating and they conspired. And we say that in our complaint.

But that is not the crux of our action or the nature of the action that we brought. We brought an

**C E R T I F I C A T E**

I hereby certify that pursuant to Title 28, Section 753 United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings in the above matter.

Certified on the 22nd of May, 2025.

/s/ Cheryl L. Cummings
Cheryl L. Cummings, RDR, RMR, CRR, CRC
Official Court Reporter