# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| *In re: Shale Oil Antitrust Litigation*<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 1:24-md-03119-MLG-LF<br>Judge Matthew L. Garcia<br>Magistrate Judge Laura Fashing |

**PLAINTIFFS' FIRST JOINT SET OF REQUESTS TO PRODUCER DEFENDANTS FOR THE PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, all Plaintiffs, on behalf of themselves and all others similarly situated, and by and through counsel, hereby request that all Producer Defendants respond to this First Joint Set of Requests for Production of Documents and Electronically Stored Information and produce the documents and electronically stored information requested herein no later than 30 days after receipt, by secure electronic file transfer, or by such other mutually agreeable means of transfer or delivery, in accordance with the ESI Protocol (Dkt. 246).

**DEFINITIONS**

1. The definitions and rules of construction set forth in Federal Rule of Civil Procedure 34 are hereby incorporated and shall apply to Plaintiffs' First Joint Set of Requests to Producer Defendants for the Production of Documents and Electronically Stored Information ("Requests").

2. "Action" refers to the current matter: *In re: Shale Oil Antitrust Litigation*, 1:24-md-03119-MLG-LF (D.N.M.).

## REQUESTS FOR PRODUCTION

**REQUEST NO. 6:**

All Documents and Communications concerning any other U.S. Shale Producer, or between You and any other U.S. Shale Producer.

**REQUEST NO. 7:**

All Documents and Communications concerning the impact of Your Shale Production, or U.S. Shale Production generally, to the Supply and/or Price of oil globally, or the supply or price of Crude Oil Derivative Products or Oil Commodities Contracts. This Request includes all Documents and Communications related to OPEC, including, but not limited to, the impact or effect of policies considered or implemented by OPEC on the Supply and Price of oil, Crude Oil Derivative Products, or Oil Commodities Contracts in the U.S. or globally.

**REQUEST NO. 8:**

All Documents and Communications concerning any Meetings, including calls, videoconferences, in-person meetings or get-togethers of any sort, or conferences, where You or any Defendant(s) attended and/or OPEC also attended, including invitations, agendas, attendee lists, meeting minutes, follow-ups, recordings or notes taken.

**REQUEST NO. 9:**

All Documents and Communications concerning Robert McNally, Bill White, and/or The Lazard Group.

**REQUEST NO. 10:**

All Communications with Your Primary Shareholders and/or another U.S. Shale Producer's Primary Shareholders, and all Documents concerning those Communications.

**REQUEST NO. 11:**

All Documents and Communications concerning any agreement, or potential agreement, between or among any U.S. Shale Producer, or between or among any U.S. Shale Producer and OPEC concerning Shale Production, oil Prices, export strategies, joint production agreements, operational plans, market share, capital expenditures, and Inventory or Supply management strategies.

**REQUEST NO. 12:**

All Communications between You and The Railroad Commission of Texas concerning any proposed change to Texas oil production limits.

**REQUEST NO. 13:**

All Documents and Communications concerning the FTC Investigations. The Relevant Time Period for this Request is January 1, 2023, to the present.

**REQUEST NO. 14:**

All Documents and Communications concerning this Action. The Relevant Time Period for this Request is January 1, 2024, to the present.

**REQUEST NO. 15:**

All Documents and Communications concerning the Competitive Conditions for oil, Shale Oil, Crude Oil Derivative Products, and/or Oil Commodities Contracts. This Request includes, but is not limited to, all Documents and Communications concerning the

**REQUEST NO. 19:**

All Documents and Communications concerning Your, Defendants', U.S. Shale Producers', or OPEC's role in the U.S. or global oil industry, including as to setting, stabilizing, increasing, or decreasing production volumes and/or oil Prices, and the ability of the U.S. or U.S. Shale Production to impact or effect the global Supply or Price of oil, or the supply or price of Crude Oil Derivative Products or Oil Commodities Contracts. This request includes public and private statements made by You, including speech drafts, talking points, or media interview notes.

**REQUEST NO. 20:**

All Documents and Communications concerning shale natural gas and liquid gas availability and prices, as they related to Your Shale Production decision-making and strategies.

**REQUEST NO. 21:**

All Documents and Communications concerning Oil Commodities Contracts, including but not limited to futures and options contracts You traded on Exchanges. Included in this request are all Documents utilized, created, maintained, or generally referred to by You concerning setting, implementing, and adjusting Your Oil Commodities Contracts trading strategies and policies.

**REQUEST NO. 22:**

All Documents and Communications concerning Your Oil Commodities Contracts brokerage accounts, including, but not limited to: statements, trading identifiers, holdings, transactions, positions, trading strategies, speculations, calculation of risk positions and

Dated: November 21, 2025

/s/Patrick J. Coughlin
Patrick J. Coughlin (*pro hac vice*)
Carmen Medici (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
Mollie Chadwick (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com
mchadwick@scott-scott.com

Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Karin E. Garvey (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
230 Park Ave., 24th Floor
New York, NY 11069
Tel: (212) 223-6444
kgarvey@scott-scott.com

/s/Michael Dell'Angelo
Michael Dell'Angelo (*pro hac vice*)
Michael J. Kane (*pro hac vice*)
Candice J. Enders (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3080
mdellangelo@bergermontague.com
mkane@bergermontague.com
cenders@bergermontague.com

/s/Karin D. Swope
Karin B. Swope (*pro hac vice*)
Thomas E. Loeser (*pro hac vice*)
Ellen Wen (*pro hac vice*)
COTCHETT, PITRE, & McCARTHY, LLP
1809 7th Avenue, Suite 1610
Seattle, WA 98103
Tel: (206) 778-2123
kswope@cpmlegal.com
tloeser@cpmlegal.com
ewen@cpmlegal.com

Joseph W. Cotchett (*pro hac vice*)
Adam Zapala (*pro hac vice*)
Vasti S. Montiel (*pro hac vice*)
COTCHETT, PITRE, & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
vmoniel@cpmlegal.com

Richard D. Schwartz (*pro hac vice*)
BERGER MONTAGUE PC
1720 W. Division
Chicago IL 20622
Tel: (773) 257-0255
rschwartz@bergermontague.com

*Interim Co-Lead Counsel for Plaintiffs and the Putative Classes*

/s/Christopher A. Dodd
Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932
chris@doddnm.com

*Interim Liaison Counsel for Plaintiffs and the Putative Classes*