**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

IN RE: SHALE OIL ANTITRUST LITIGATION No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

**ORDER VACATING OCTOBER 20, 2026, STATUS CONFERENCE**

The Parties state in their October 2026 Joint Status Report that “[t]here are no outstanding issues on which [they] are at impasse.” Doc. 335 at 2. Thus, the Court vacates this month’s status conference. The Court will set an in-person hearing on Defendants’ Joint Motion to Certify the Court’s Motion to Dismiss Order for Interlocutory Appeal, Doc. 334, once briefing is complete.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA