**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

IN RE: SHALE OIL ANTITRUST LITIGATION

This Order Relates to All Cases No. 1:24-md-03119-MLG-LF

**ORDER GRANTNG PARTIES' STIPULATED MOTION**
**TO MODIFY INITIAL SCHEDULING ORDER**

This matter is before the Court on the Parties' Stipulated Motion to Modify Initial Scheduling Order. Doc. 339. Having considered the motion, the Court concludes it is well taken and should be granted. Accordingly, the initial scheduling order, Doc. 82, is hereby modified to adopt the stipulated proposed deadlines set forth below.

| **Event** | **Deadline** |
| --- | --- |
| Responses and objections to RFPs served prior to October 15, 2026 | November 16, 2026 |
| Producing parties exchange identities of document custodians and procedures for document review<br><br>Deadline for parties to agree to schedule for exchange of data and necessary information for review of data<br><br>(*see generally* Doc. 60 at 4) | November 24, 2026 |
| Defendants file answers to consolidated complaints[1] | December 14, 2026 |
| Deadline for motions re: discovery disputes over initial disclosures, initial RFPs, etc. (*see generally* Doc. 60 at 4) | January 8, 2027 |

[1] For defendants Pioneer Natural Resources Company, Hess Corporation, and John B. Hess, each defendant's answer shall be due 60 days after the Court resolves that defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(2).

| | |
|---|---|
| Deadline for parties to begin rolling productions of documents in response to initial RFPs | January 13, 2027 |
| Deadline to join additional parties absent good cause | May 3, 2027 |
| Deadline for substantial completion of document productions | August 26, 2027 |
| Deadline for substantial completion of production of final privilege logs and redacted documents | September 27, 2027 |
| Deadline for completion of fact discovery (close of fact discovery) | March 13, 2028 |
| Deadline to serve all expert reports for which a party has the burden of proof (*including class and merits reports*) | April 12, 2028 |
| Deadline to serve opposition expert reports | May 30, 2028 |
| Deadline to serve reply expert reports | July 11, 2028 |
| Deadline for all expert depositions to have been taken (*including class and merits experts*) | September 14, 2028 |
| Deadline for plaintiffs to file motions for class certification<br><br>Deadline for parties to file *Daubert* motions | October 16, 2028 |
| Deadline for defendants to file responses to motions for class certification<br><br>Deadline for all parties to file and serve responses to *Daubert* motions | November 13, 2028 |
| Deadline for plaintiffs to file replies in support of motions for class certification<br><br>Deadline for all parties to file and serve replies in support of *Daubert* motions | December 13, 2028 |
| Summary judgment motions due | January 12, 2029 |
| Responses to summary judgment motions due | February 26, 2029 |
| Replies to summary judgment motions due | April 9, 2029 |

All other provisions of the Initial Scheduling Order, Doc. 82, remain in effect.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA