**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**MINUTE SHEET**
**BEFORE THE HONORABLE MATTHEW L. GARCIA**

*Motion Hearing*

| | | | | | | |
|---|---|---|---|---|---|---|
| *MD No:* | 24-3119 MLG-LF | *Date:* | July 15, 2025 | | | |
| *Caption:* | In Re: Shale Oil Antitrust Litigation | | | | | |
| *Clerk:* | E. Romero | *Court Recording:* | Liberty | *Courtroom:* | Cimarron | |
| *Time In:* | 9:32 | *Time Out:* | 11:45 | *Total Time:* | 2 hours 1 minute | |
| *Court's Ruling/Disposition:* | Court takes matters under advisement and will enter orders. | | | | | |

| *Attorney(s) Present for Plaintiff(s):* | *Attorney(s) Present for Defendant(s):* |
|---|---|
| See attached seating charts | See attached seating charts |

**PROCEEDINGS**

9:32 Court in session; parties state appearances.

Mr. Fata addresses Court and answers Court's question re: derivatives class issue. Doc. 217.

Mr. Bershteyn responds.

Mr. Coughlin responds – requests Court keep only one liaison.

Court will keep the case and an order will be entered.

Mr. Beck responds.

Mr. Smith addresses Motion to Intervene. Doc. 153.

Mr. Smith answers Court's questions.

10:32 Court in recess.

10:44 Court in session.

Ms. Swope responds.

Ms. Swope answers Court's questions.

Mr. Bershteyn responds and answers Court's questions.

Mr. Smith rebuttal.

Mr. Smith answers Court's questions.

Court will take the matter under advisement and enter an order.

11:45 Court is adjourned.