**SEATING CHART**
**24–MD–3119 MLG- LF**
**In Re: Shale Oil Antitrust Litigation**
**Moton to Intervene**

**DATE:**      **Tuesday, July 15, 2025, at 9:30 a.m.**

**Stephen Chuck, Kurt Summer, Jeff Zeiger, Earl Debrine, Ben Feuchter**



_Fran Jennings__

Daniel Higgins___

_Billy Trabando___                    _Stephen Medlock__

_Tom Walsh_____                      _Boris Bershteyn_

_Andrew Paik_____

Nicholas Smith___                    _Melanie Jack_

**Adam Steinhilber**

_ __

_Candice Enders__                    _ _

_Brian Moore___                      Carmen Medici__

_Karin Swope_____                    Patrick Coughlin

**Chris Dodd**

# [BENCH]