IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: SHALE OIL ANTITRUST LITIGATION   Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

### ORDER VACATING AUGUST 19, 2025 STATUS CONFERENCE

The Parties state in their August 2025 Joint Status Report ("JSR") that "[t]here are no outstanding issues on which [they] are at impasse." Doc. 253 at 3. The Court therefore vacates the August 2025 status conference.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1